UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EMANUELE BOTTI, et al.,

                      Plaintiffs,

            -against-

THE REPUBLIC OF ARGENTINA and
THE PROVINCE OF BUENOS AIRES,

                      Defendants.
------------------------------------------------------------------ x

**ORDER OF PARTIAL SATISFACTION OF JUDGMENT**

05-CV-8687 (LAP)

      WHEREAS, on January 19, 2007, the Court entered a final judgment, ECF No. 17, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiffs Maria Agustina Sauco, Silvio Eduardo Schuster, Rivka Schmuskovits de Schuster, Nicolas Schuster, Flavia Marina Schuster, Miguel Kaufmann, Edgardo A. Ramos, Beatriz Leonor de Ramos, Elena Pasquali, Portico Capital Inc., Corleis Sociedad Anonima, Graciela Candida Saenz, Norberto Angel Garcia Madeo, Ana Maria Saenz, and Jorg Zahn, currently represented by Milberg Phillips Grossman LLP, (together, the "Milberg Plaintiffs"), among others, with respect to the plaintiffs' beneficial interests on certain defaulted bonds issued by the Republic (the "Bonds");

      WHEREAS, the Milberg Plaintiffs tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

NOW, THEREFORE, satisfaction of the Final Judgment as to the Milberg Plaintiffs is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of satisfaction on the docket.

SO ORDERED:

*Loretta A. Presky*
United States District Judge
Dated:     April 28   , 2020