UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMMANUELE BOTTI, *et al.*,<br><br>Plaintiff,<br><br>-against-<br><br>THE REPUBLIC OF ARGENTINA, and THE PROVINCE OF BUENOS AIRES,<br><br>Defendants. | 05 Civ. 8687 (LAP)<br><br>**CORRECTED JUDGMENT** |

   Plaintiffs Botti having moved this Court for summary judgment, and the matter having come before the Honorable Thomas P. Griesa, United States District Court, and the Court having granted summary judgment pursuant to the Opinion, dated August 24, 2006, and directed that judgment be entered for the principal amount of the bonds described below plus accrued interest,

   NOW, it is hereby

   **ORDERED, ADJUDGED AND DECREED** that plaintiff shall recover from defendant The Republic of Argentina ("Argentina") and defendant the Province of Buenos Aires (the "Province") as follows:

   1. With respect to Emanuele Botti's bond in the principal amount of $32,000.00 (12% interest, Global Bond due June 19, 2031, ISIN US040114GH79), Mr. Botti shall recover from Argentina $61,197.72 which is comprised of: (i) $32,000.00 (representing the unpaid value of the principal on the bond); (ii) $25,307.13 (representing accrued interest, capitalized semiannually (complete periods)); and (iii) $3,890.59 (representing accrued interest, capitalized semiannually (partial periods from 12/19/2006 to 1/12/2007)).

2. With respect to Giovanni Botti and Maria Ziliani's (together, "Botti") bond in the principal amount of €28,000.00 (10.375% Global Bond due February 23, 2004, ISIN XS0124395129), Botti shall recover from the Province €48,169.88, which is comprised of: (i) €28,000.00 (representing the unpaid value of the principal on the bond); (ii) €17,104.84 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 10.375%); and (iii) €3,065.04 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

3. With respect to Maria Agustina Sauco's bond in the principal amount of $5,000 (8.375% Global Bond due December 20, 2003, ISIN US04114AH34), Ms. Sauco shall recover from Argentina $7,402.97, which is comprised of: (i) $5,000 (representing the unpaid value of the principal on the bond); (ii) $2,124.27 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 8.375%); and (iii) $278.60 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

4. With respect to Silvio Eduardo Schuster, Rivka Schrauskovits de Schuster, Nicolas Schuster, and Flavia Marina Schuster's (collectively, "Schuster") bond in the principal amount of $950,000.00 (11.375% Global Bond due January 30, 2017, ISIN US040114AR16), Schuster shall recover from Argentina $1,664,093.07, which is comprised of: (i) $950,000.00 (representing the unpaid value of the principal on the bond); (ii) $589,458.46 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.375%); and (iii) $124,635.24 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

5. With respect to Miguel Kaufmann's bond in the principal amount of $70,000.00 (11% Global Bond due October 9, 2006, ISIN US040114AN02), Mr. Kaufmann shall recover from Argentina $118,423.70, which is comprised of: (i) $70,000.00 (representing

the unpaid value of the principal on the bond); (ii) $40,504.50 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11%); and (iii) $7,919.20 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

6. With respect to Alberto Baciucco's bond in the principal amount of $90,000.00 (12.125% Global Bond due February 25, 2019, ISIN US040114BC38), Mr. Baciucco shall recover from Argentina $161,099.65, which is comprised of: (i) $90,000.00 (representing the unpaid value of the principal on the bond); (ii) $58,748.50 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 12.125%); and (iii) $12,351.15 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

7. With respect to Otello Baciucco's bonds:

(a) With respect to the bond in the principal amount of $110,000.00 (11.75% Global Bond due April 7, 2009, ISIN US040114BE93), Mr. Baciucco shall recover from Argentina $192,070.85, which is comprised of: (i) $110,000.00 (representing the unpaid value of the principal on the bond); (ii) $68,059.77 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.75%); and (iii) $14,011.08 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(b) With respect to the bond in the principal amount of $100,000 (11.75% Global Bond due June 15, 2015, ISIN US040114GA27), Mr. Baciucco shall recover from Argentina $171,058.47, which is comprised of: (i) $100,000.00 (representing the unpaid value of the principal on the bond), (ii) $59,651.32 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.75%); and (iii) $11,407.15 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(c) With respect to the bond in the principal amount of $100,000 (12.125% Global Bond due February 25, 2019, ISIN US040114BC38), Mr. Baciucco shall recover from Argentina $178,907.81, which is comprised of: (i) $100,000.00 (representing the unpaid value of the principal on the bond), (ii) $65,275.80 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 12.125%); and (iii) $13,632.01 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(d) With respect to the bond in the principal amount of €50,000 (10.375% Provincia de Buenos Aires Bond due February 23, 2004, ISIN XS 0124395129), Mr. Baciucco shall recover from the Province €85,988.80, which is comprised of: (i) €50,000.00 (representing the unpaid value of the principal on the bond), (ii) €30,539.84 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 10.375%); and (iii) €5,448.96 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

8. With respect to Edgardo A. Ramos and Beatriz Leonor de Ramos' (together, "Ramos") bonds:

(a) With respect to the bond in the principal amount of $186,000.00 (11% Global Bond due October 9, 2006, ISIN US040114AN02), Ramos shall recover from Argentina $314,631.47, which is comprised of: (i) $186,000.00 (representing the unpaid value of the principal on the bond), (ii) $107,624.75 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11%); and (iii) $21,006.72 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(b) With respect to the bond in the principal amount of $228,000.00 (11.75% Global Bond due April 7, 2009, ISIN US040114BE93), Ramos shall recover from Argentina $398,149.40, which is comprised of: (i) $228,000.00 (representing the unpaid value

of the principal on the bond), (ii) $141,069.80 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.75%); and (iii) $29,079.60 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(c) With respect to the bond in the principal amount of $231,000.00 (8.375% Global Bond due December 20, 2003, ISIN US040114AH34), Ramos shall recover from Argentina $342,316.60, which is comprised of: (i) $231,000.00 (representing the unpaid value of the principal on the bond), (ii) $97,999.52 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 8.375%); and (iii) $13,317.08 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

9. With respect to Elena Pasquali's bond in the principal amount of $15,000.00 (11.75% Global Bond due April 7, 2009, ISIN US040114BE93), Ms. Pasquali shall recover from Argentina $26,219.65, which is comprised of: (i) $15,000.00 (representing the unpaid value of the principal on the bond); (ii) $9,281.01 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.75%); and (iii) $1,938.64 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

10. With respect to Portico Capital Inc. ("Portico") bonds:

(a) With respect to the bond in the principal amount of $470,000.00 (11.375% Global Bond due January 30, 2017, ISIN US040114AR16), Portico shall recover from Argentina $823,289.15, which is comprised of: (i) $470,000.00 (representing the unpaid value of the principal on the bond), (ii) $291,626.52 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.375%); and (iii) $61,662.63 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(b) With respect to the bond in the face value amount of $300,000.00 and with the remaining value of $168,000.00 (Floating Rate Bond due March 31, 2015, ISIN XS0043120236), Portico shall recover from Argentina $200,785.95, which is comprised of: (i) $168,000 (representing the remaining principal on the bond), (ii) $9,482.25 (representing the unpaid interest on the bond); and (iii) $23,303.70 (representing interest on the unpaid interest).

11. With respect to Corleis Sociedad Anonima ("Corleis") bonds:

(a) With respect to the bond in the principal amount of $920,000.00 (8.375% Global Bond due December 20, 2003, ISIN US040114AH34), Corleis shall recover from Argentina $1,363,254.90 which is comprised of: (i) $920,000.00 (representing the unpaid value of the principal on the bond), (ii) $390,320.90 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 8.375%); and (iii) $52,934.00 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(b) With respect to the bond in the principal amount of $350,000.00 (11% Global Bond due December 4, 2005, ISIN US040114AZ32), Corleis shall recover from Argentina $584,347.92 which is comprised of: (i) $350,000.00 (representing the unpaid value of the principal on the bond), (ii) $196,613.92 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11%); and (iii) $37,734.00 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(c) With respect to the bond in the principal amount of $150,000.00 (11% Global Bond due October 9, 2006, ISIN US040114AN02), Corleis shall recover from Argentina $253,717.03 which is comprised of: (i) $150,000.00 (representing the unpaid value of the principal on the bond), (ii) $86,794.95 (representing the unpaid interest on the principal of

the bond, calculated at the contract rate of 11%); and (iii) $16,922.08 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

    (d) With respect to the bond in the principal amount of $100,000.00 (11.75% Global Bond due April 7, 2009, ISIN US040114BE93), Corleis shall recover from Argentina $174,649.83 which is comprised of: (i) $100,000.00 (representing the unpaid value of the principal on the bond), (ii) $61,872.43 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.75%); and (iii) $12,777.40 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

    (e) With respect to the bond in the principal amount of $90,000.00 (11.75% Global Bond due June 15, 2015, ISIN US040114GA27), Corleis shall recover from Argentina $153,913.26 which is comprised of: (i) $90,000.00 (representing the unpaid value of the principal on the bond), (ii) $53,686.16 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.75%); and (iii) $10,227.10 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

  12. With respect to Graciela Candida Saenz, Norberto Angel Garcia Madeo and Ana Maria Saenz's (collectively, "Sanez" bonds);

    (a) With respect to the bond in the principal amount of $57,000.00 (12.375% Global Bond due February 21, 2012, ISIN US040114GD65), Saenz shall recover from Argentina $103,039.79 which is comprised of: (i) $57,000.00 (representing the unpaid value of the principal on the bond), (ii) $38,052.32 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 12.375%); and (iii) $7,987.47 (representing interest on the unpaid interest, calculated at the statutory rate of 9%); and

(b) With respect to the bond in the principal amount of $26,000.00 (11.75% Global Bond due June 15, 2015, ISIN US040114GA27), Saenz shall recover from Argentina $44,498.82 which is comprised of: (i) $26,000.00 (representing the unpaid value of the principal on the bond), (ii) $15,509.36 (representing the unpaid interest on the principal of the bond, calculated at the contract rate of 11.75%); and (iii) $2,989.46 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

13. With respect to Jörg Zahn's bond in the principal amount of $100,000.00 (11.375% Global Bond due January 30, 2017, ISIN US04011AR16), Mr. Zahn shall recover from Argentina $175,147.36, which is comprised of: (i) $100,000.00 (representing the unpaid value of the principal on the bond); (ii) $62,047.56 (repres3enting the unpaid interest on the principal of the bond, calculated at the contract rate of 11.75%); and (iii) $13,099.80 (representing interest on the unpaid interest, calculated at the statutory rate of 9%).

It is further **ORDERED** that, until further notice from the Court, plaintiff must refrain from selling or otherwise transferring the bonds involved in this action, without advising the Court in advance and obtaining the permission of the Court.

Dated: New York, New York
January 12, 2007

**SO ORDERED.**

*Loretta A. Presky* **June 1, 2020**